1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  DAVID BOULLGNY,                )   No. CV 09-7632-AHM(CW)
                                   )
13              Petitioner,        )   JUDGMENT
                                   )
14       v.                        )
                                   )
15  WARDEN,                        )
                                   )
16              Respondent.        )
    ───────────────────────────────)

17

18

19       **IT IS ADJUDGED** that this action is dismissed without prejudice.

20

21

22  DATED: November 6, 2009

23

24  **JS-6**
                                       _____
25                                             A. HOWARD MATZ
                                          United States District Judge

26

27

28